NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK JACKSON,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-3439
                                       )
MICHELLE JACKSON,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Sarasota
County; Stephen Walker, Judge.

Mark Jackson, pro se.

No appearance for Appellee Michelle
Jackson.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.